**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JUSTIN COFFEY,

      Plaintiff,

v.                                         CV No. 17-709 RB/CG

CITY OF CLOVIS, et al.,

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT
AND PROVISIONAL DISCOVERY PLAN**

**THIS MATTER** came before the Court on a Rule 16 scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 11), filed August 30, 2017. The Court adopts the *Joint Status Report and*

*Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling*

*Order*, (Doc. 15), filed September 12, 2017.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE