**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JUSTIN COFFEY,

    Plaintiff,

v.                                         CV No. 17-709 RB/CG

CITY OF CLOVIS, et al.,

    Defendants.

## **ORDER TO FILE CLOSING DOCUMENTS**

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **March 26, 2018.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE